```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL ANGEL DIAZ                      :
                                       :
        Petitioner,                    :    CIVIL ACTION NO.02-4318
                                       :
        vs.                            :
                                       :
 JOHN ASHCROFT, ATTORNEY               :
GENERAL OF THE UNITED STATES,          :
EDWARD MCELROY, NEW YORK               :
DISTRICT DIRECTOR FOR                  :
IMMIGRATION AND NATURALIZATION         :
SERVICE, KENNETH ELWOOD,               :
PHILADELPHIA, PENNSYLVANIA             :
DISTRICT DIRECTOR FOR
IMMIGRATION & NATURALIZATION
SERVICE, IMMIGRATION AND
NATURALIZATION SERVICE

        Respondents.
```

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Respondents in the above-captioned matter.

```
                              _____
                              STEPHEN J.  BRITT
                              Assistant United States Attorney
                              615 Chestnut Street, Suite 1250
                              Philadelphia, PA 19106
                              (215) 861-8443
```

Dated: July 10, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Tatiana S. Aristova, Esquire
>Law Office of John Gallagher
>1760 Market Street
>Suite 1100
>Philadelphia, PA 19103

>STEPHEN J. BRITT
>Assistant United States Attorney

Dated: July 10, 2002