```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MIGUEL ANGEL DIAZ | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO.02-4318 |
| | : | |
| vs. | : | |
| | : | |
| JOHN ASHCROFT, ATTORNEY | : | |
| GENERAL OF THE UNITED STATES, | : | |
| EDWARD MCELROY, NEW YORK | : | |
| DISTRICT DIRECTOR FOR | : | |
| IMMIGRATION AND NATURALIZATION | : | |
| SERVICE, KENNETH ELWOOD, | : | |
| PHILADELPHIA, PENNSYLVANIA | : | |
| DISTRICT DIRECTOR FOR | | |
| IMMIGRATION & NATURALIZATION | | |
| SERVICE, IMMIGRATION AND | | |
| NATURALIZATION SERVICE | | |
| | | |
| Respondents. | | |

Attachments to Government's Response to Petition for Writ of Habeas Corpus


### PRAECIPE TO FILE ATTACHMENTS

TO THE CLERK
United States District Court

Kindly file with the Court the hard copy attachments to Government's Answer to Complaint with Certificate of Service by John Ashcroft (res), Kenneth Elwood (res), Immigration and Naturalization Service (res), Edward McElroy (res). (Britt, Stephen), (Document Number 3) which was electronically filed on July 23, 2002. The original attachments are this day being hand delivered to the Clerk's Office.

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Jorge Guttlein, Esquire
>Aranda & Guttlein
>291 Broadway
>Suite 1500
>New York, New York 10007

 

                                        STEPHEN J. BRITT
                                        Assistant United States Attorney

Dated: July 23, 2002