W:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL ANGEL DIAZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, ET AL | : | NO. 02-4454 |

**O R D E R**

      AND NOW, this 29TH day of JANUARY, 2003, it ordered that this matter is scheduled for a  - STATUS conference on FEBRUARY 10, 2003 at 9:30AM before the Honorable J. Curtis Joyner in CHAMBERS - room - 8613.

\*If you are unable to attend this meeting and wish to reschedule or to change the conference to a telephone conference - it is **your** (the counsel not available) - responsibility to coordinate the date and time with all counsel involved and to contact the the Deputy at - 267-299-7419

ATTEST:                                   or     BY THE COURT


BY:  ANGELA J. MICKIE                     _____
     Deputy Clerk                                  Judge

Civ 12 (9/83)