W:\FORMS\.FRM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL ANGEL DIAZ                    :
                                     :
         vs.                         :          CIVIL ACTION NO. 02-4454
                                     :
JOHN ASHCROFT, ET AL                 :

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this 10TH day of FEBRUARY, 2003, a [X] Pretrial [ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS:


_____
Angela Mickie
Deputy Clerk to Judge Joyner

Civ 14 (8/80)