### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MIGUEL ANGEL DIAZ                   :
                                    :
        Petitioner                  :   C.A. NO.: 02-CV-4454
                                    :
    v.                              :
                                    :
JOHN ASHCROFT; EDWARD MCELROY;      :
KENNETH ELWOOD; and INS             :
                                    :
        Respondents                 :
```

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the Respondents in the above-captioned matter.

```
                                    _____
                                    STEPHEN J. BRITT
                                    Assistant United States Attorney
```

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Respondents in the above-captioned matter.

```
                                    _____
                                    K.T. TOMLINSON
                                    Assistant United States Attorney
                                    615 Chestnut Street, Suite 1250
                                    Philadelphia, PA 19106
                                    Tel:(215) 861-8329
                                    Fax: (215)861-8349
```

Dated: September 9, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing Withdrawal/Entry of Appearance to be served by first-class United States mail, postage prepaid, upon the following:

>Jorge Guttlein, Esquire
>Aranda & Guttlein
>291 Broadway
>Suite 1500
>New York, NY 10007

K.T. TOMLINSON
Assistant United States Attorney

Dated:  September 9, 2003